No. 647. CLARK *v.* WASHINGTON STATE BAR ASSOCIATION. Supreme Court of Washington. Certiorari denied. *Henry Waldman* for petitioner. *T. M. Royce* for respondent.

No. 651. RUSHING, DOING BUSINESS AS MARCEL COMPANY, *v.* FEDERAL TRADE COMMISSION. C. A. 5th Cir. Certiorari denied. *John E. Jackson* and *John E. Jackson, Jr.* for petitioner. *Solicitor General Cox* for respondent.

No. 633. MILLER & LUX INCORPORATED *v.* ANDERSON ET AL. C. A. 9th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Dean Acheson* and *C. Ray Robinson* for petitioner. *Clayton L. Orn, James D. Adams, Arthur R. Albrecht, Martin J. Weil, Adolph H. Levy, Lloyd M. Tweedt, Marcus Mattson, Harold C. Morton, Marion B. Plant, Herbert W. Clark, Girvan Peck, Edward G. Chandler, Edwin S. Pillsbury, Richard H. Peterson, Paul F. Schlicher, Walter M. Gleason, Joseph M. McLaughlin* and *Patrick James Kirby* for Marathon Oil Co. et al.; *Stanley F. Davie* for Trico Oil & Gas Co. et al.; and *Rodney K. Potter* for Lloyd Corporation, Ltd., et al., respondents.

No. 662. UNITED STATES *v.* MANN. C. A. 5th Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *Solicitor General Cox, Assistant Attorney General Oberdorfer, Joseph M. Howard* and *Burton Berkley* for the United States. *John J. Pichinson* and *Luther E. Jones, Jr.* for respondent.